**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 SEP 21 PM 1:16
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE JAMES HAWKGHOST, also known as LAWRENCE JAMES DUBRAY, JR., also known as LAWRENCE JAMES SMITH, <br><br> Defendant. | 8:16CR 286 <br><br> INDICTMENT <br><br> 18 U.S.C. § 2244(a)(3) <br> 18 U.S.C. § 1153 |

The Grand Jury charges that

## COUNT I

In or about January 2014, within the boundaries of the Santee Sioux Nation Indian Reservation in the District of Nebraska, the defendant, LAWRENCE JAMES HAWKGHOST, also known as LAWRENCE JAMES DUBRAY JR., also known as LAWRENCE JAMES SMITH, an Indian male, knowingly engaged in sexual contact with another person, A.W., an Indian female juvenile who had attained the age of twelve (12) years but who had not attained the age of sixteen (16) years and who was at least four (4) years younger than LAWRENCE JAMES HAWKGHOST, also known as LAWRENCE JAMES DUBRAY JR., also known as LAWRENCE JAMES SMITH, and the sexual contact consisted of the intentional touching, through the clothing, of the buttocks and inner thigh of A.W. by LAWRENCE JAMES HAWKGHOST, also known as LAWRENCE JAMES DUBRAY JR., also known as LAWRENCE JAMES SMITH, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(3) and 1153.

A TRUE BILL.

FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

ERIN R. ELDRIDGE
Special Assistant U.S. Attorney

2