IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LAWRENCE JAMES HAWKGHOST,

Defendant.

8:16CR286

VERDICT

## COUNT I

We, the jury, find the defendant, Lawrence James Hawkghost,

_____ **Not guilty** of the crime of abusive sexual contact with a minor as charged in Count I of the Superseding Indictment.

__X__ **Guilty** of the crime of abusive sexual contact with a minor as charged in Count I of the Superseding Indictment.

(mark with an "x").

## COUNT II

We, the jury, find the defendant, Lawrence James Hawkghost,

_____ **Not guilty** of the crime of abusive sexual contact with a minor as charged in Count II of the Superseding Indictment.

__X__ **Guilty** of the crime of abusive sexual contact with a minor as charged in Count II of the Superseding Indictment.

(mark with an "x").

## COUNT III

We, the jury, find the defendant, Lawrence James Hawkghost,

_____  **Not guilty** of the crime of abusive sexual contact with a minor as charged in Count III of the Superseding Indictment.

__X__  **Guilty** of the crime of abusive sexual contact with a minor as charged in Count III of the Superseding Indictment.

(mark with an "x").

## COUNT IV

We, the jury, find the defendant, Lawrence James Hawkghost,

__X__  **Not guilty** of the crime of abusive sexual contact with a minor as charged in Count IV of the Superseding Indictment.

_____  **Guilty** of the crime of abusive sexual contact with a minor as charged in Count IV of the Superseding Indictment.

(mark with an "x").

5-10-17
Date

_____
Foreperson